**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **3:08cr235-MHT** |
| ) | **(WO)** |
| **TONY TERRELL MOSES, SR.** ) | |

**JUDGMENT**

Upon consideration of defendant Tony Terrell Moses, Sr.'s motion to reduce sentence (Doc. 68) and the government's response to the motion (Doc. 69), and based upon the representations made on the record on December 8, 2023, it is ORDERED that:

(1) The motion to reduce sentence is granted pursuant to 18 U.S.C. § 3582(c)(1)(A) and U.S. Sentencing Guidelines § 1B1.13(b)(3)(C).

(2) Defendant Moses's sentence of 444 months is reduced to time served, effective as of December 14, 2023.

DONE, this the 11th day of December, 2023.

                                              **/s/ Myron H. Thompson**
                                      **UNITED STATES DISTRICT JUDGE**