IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )        3:08cr235-MHT
                             )            (WO)
TONY TERRELL MOSES, SR.      )
```

### ORDER

It is ORDERED that the courtroom deputy shall arrange with all counsel and the supervising probation officer for an on-the-record, as soon as reasonably possible, post-release status conference, with defendant Tony Terrell Moses, Sr. present, to discuss whether any modifications to the conditions of supervised release are appropriate, including but not limited to whether defendant Moses should be placed in a halfway house.

The court would prefer to meet with defendant Moses in person, but the conference may be held by Zoom if travel from Atlanta to Montgomery is too difficult for defendant Moses.

DONE, this the 11th day of December, 2023.

                                              **/s/ Myron H. Thompson**
                                     **UNITED STATES DISTRICT JUDGE**