IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        3:08cr235-MHT
                            )            (WO)
TONY TERRELL MOSES, SR.     )
```

### ORDER

Based on the representations made on-the-record at a post-release meeting on December 19, 2023, it is ORDERED that:

(1) The court will not change defendant Tony Terrell Moses, Sr.'s conditions of supervised release at this time. In particular, the court will not require a stay in a half-way house at this time.

(2) A status conference by Zoom is set for December 18, 2024, at 8:30 a.m. to discuss how defendant Moses is doing. Government counsel, defense counsel, and the supervising probation officer are to participate. Defendant Moses is welcome to participate as well.

(3) Three business days before the conference, the supervising probation officer is to file a report on how defendant Moses is doing.

DONE, this the 19th day of December, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE